*EXHIBIT 4*

**From:** Spillane Jr., Thomas B.
**Sent:** Thursday, October 04, 2007 9:41 AM
**To:** 'Gordon, Brian M.'
**Cc:** Bart Foster; 'lasikdoc@aol.com'; Spillane Jr., Thomas B.
**Subject:** Final Revisions to Lavery Contribution Agreement

Brian, attached are my comments to the Contribution Agreement. The comments relate only to the Royalty Percentage. I understood the deal between Kevin and Bart as follows:

1. Initial Royalty Percentage is 1% on all Products without a termination date beginning 1 year after Launch Date.
2. The initial Royalty Percentage would be increased to 3% after the point that a Retinal Camera Products is introduced.
3. If the Company does not license or obtain the CIBA IP so that it does not have to pay any royalty to CIBA, then the Royalty Percentage is increased by another 1% since the Company is saving the expected 3% royalty to CIBA. This is consistent with 4 below too.
4. If the Company does pay CIBA a royalty but it is under 3%, then Lavery gets an additional royalty on top of 1 or 2 above, based on the lesser of 1% or 1/2 of the saved CIBA royalty payment that is less than 3%.

The way you have it drafted, Lavery's royalty seems to be capped at 3% and he would not get any additional royalty under 3 or 4. It would really not make sense not to give the additional percentage to Kevin since the company will benefit by at least 50% of the saved royalty, which was the deal. I don't think that the deal was to cap it at 3% but neither of us were there.

I am sending these revisions to you and Kevin at the same time but it is subject to his final review and approval. Tom

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be

used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

Please consider the environment before printing this email.

---

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

---