*EXHIBIT 6*

**From:** Kevin.Lavery@tlcmi.com,
**To:** lasikdoc@aol.com,
**Subject:** FW: Revised Agreements
**Date:** Mon, Oct 8, 2007 5:41 pm
**Attachments:** #4362584v6_BALT1_ - Solohealth A&R Operating Agmt.DOC (113K),
DV_Comparison_#4362584v5_BALT1_ - Solohealth A&R Operating Agmt-#4362584v6_BALT1_ - Solohealth A&R Operating Agmt.doc (107K),
#4362547v7_BALT1_ - Lavery Contribution Agmt.DOC (66K), DV_Comparison_#4362547v6_BALT1_ - Lavery Contribution Agmt-#4362547v7_BALT1_ - Lavery Contribution Agmt.doc (79K), #4389946v2_BALT1_ - Lavery Consulting Agreement.DOC (59K),
DV_Comparison_#4389946v1_BALT1_ - Lavery Consulting Agreement-#4389946v2_BALT1_ - Lavery Consulting Agreement.doc (64K),
Lavery Patent Assignment.DOC (31K)

---

**From:** Gordon, Brian M. [mailto:Brian.Gordon@dlapiper.com]
**Sent:** Saturday, October 06, 2007 2:41 PM
**To:** Spillane Jr., Thomas B.; Kevin Lavery, M.D.
**Cc:** bart.foster@solo-health.com; Leavitt, Jeffrey
**Subject:** Revised Agreements


Please find attached revised agreements reflecting all comments to date, which should be final. If there are no further changes, we should be able to execute and exchange signature pages on Monday. I have also attached a patent assignment (for filing with the PTO) for completion and execution.


I will be on email the rest of the weekend and in the office Monday if there are any questions.


Brian




**Brian Gordon**
Associate

**DLA Piper US LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 2800
Atlanta . Georgia
30309-3450

404.736.7819 T
404.682.7819 F

brian.gordon@dlapiper.com

www.dlapiper.com | MyBio

**Circular 230 Notice**: In accordance with Treasury Regulations which became applicable to all tax practitioners as of June 20, 2005, please note that any tax advice given herein (and in any attachments) is not intended or written to be used, and cannot be used by any taxpayer, for the purpose of (i) avoiding tax penalties or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

Please consider the environment before printing this email.

---

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.