# *EXHIBIT 7*

## Assignment of Patent

WHEREAS, I, Kevin Lavery, residing at 1116 W. Ganson, Jackson, MI 49202 did obtain a United States Patent entitled MEDICAL SCREENING APPARATUS AND METHOD (hereinafter referred to as the "Invention"), Patent No. US 6,594,607, issued JULY 15th 2003 ____ (hereinafter referred to as the "Letters Patent"); and

WHEREAS, I am now the sole owner of said Letters Patent; and

WHEREAS, SoloHealth LLC (hereinafter referred to as "ASSIGNEE"), having a place of business at 6720 River Crest Point, Suwanee, GA 30024 is desirous of acquiring the full and exclusive right in and to said Invention and the entire right, title and interest in and to any and all Letters Patent which may be granted therefor in the United States and its territorial possessions and in any and all foreign countries;

NOW, THEREFORE, in consideration of the sum of TEN DOLLARS ($10.00) and other consideration as provided in the Contribution Agreement dated October 11, 2007, the receipt of which is hereby acknowledged, and for other good and valuable consideration, I, by these presents, do sell, assign and transfer unto said ASSIGNEE, the full and exclusive right in and to said Invention in the United States and its territorial possessions and in any and all foreign countries, and the entire right, title and interest in and to any and all Letters Patent (and to any and all divisions, continuations, continuations-in-part, substitutions, renewals, re-examinations, extensions and reissues thereof) which may be granted therefor in the United States and its territorial possessions and in any and all foreign countries.

I hereby authorize and request the Patent Office Officials in the United States and its territorial possessions and in any and all foreign countries to issue any and all of said Letters Patent to said ASSIGNEE as the assignee of my entire right, title and interest in and to the same, for the sole use and behoof of said ASSIGNEE and said ASSIGNEE's successors and assigns, to the full end of the term for which said Letters Patent may be granted, as fully and entirely as the same would have been held by me had this Assignment and sale not been made.

Further, I agree that I will communicate to said ASSIGNEE or said ASSIGNEE's representatives any facts known to me respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuation, continuation-in-part, substitute, renewal, re-examination, extension, and reissue applications, execute all necessary assignment papers to cause any and all of said Letters Patent to be issued to said ASSIGNEE, make all rightful oaths, and, generally, do everything possible to aid said ASSIGNEE, and said ASSIGNEE's successors and assigns, to obtain and enforce proper protection for said Invention in the United States and its territorial possessions and in any and all foreign countries.

Date: October 11, 2007

______________________________
Inventor: Kevin Lavery



**DLA Piper US LLP**
1775 Wiehle Avenue, Suite 400
Reston, Virginia 20190-5159
**T** 703.773.4000 **F** 703.773.5200
www.dlapiper.com

**Lisa K. Norton**
lisa.norton@dlapiper.com
**T 703. 773.4141**

October 22, 2007

VIA AIRMAIL

Mr. Brian Gordon
DLA Piper US LLP
One Atlantic Center
1201 West Peachtree Street
Suite 2800
Atlanta, Georgia 30309-3450

Re: U.S. Patent No. 6,594,607 Issued July 15, 2003
Entitled "MEDICAL SCREENING APPARATUS AND METHOD"
Our Reference: 366074-20

Dear Brian:

We enclose herein a Notice of Recordation of Assignment, along with the original Assignment for this application. The Assignment was recorded on October 16, 2007 at Reel 019965, Frame 0240.

If you should have any questions, please do not hesitate to contact us.

Very truly yours,

Lisa K. Norton

LKN/maf



**UNITED STATES PATENT AND TRADEMARK OFFICE**

UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND
DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE

OCTOBER 16, 2007

PTAS




MARGARET FILIPOWICZ
P.O. BOX 9271
RESTON, VA 20195

UNITED STATES PATENT AND TRADEMARK OFFICE
NOTICE OF RECORDATION OF ASSIGNMENT DOCUMENT

THE ENCLOSED DOCUMENT HAS BEEN RECORDED BY THE ASSIGNMENT DIVISION OF THE U.S. PATENT AND TRADEMARK OFFICE. A COMPLETE MICROFILM COPY IS AVAILABLE AT THE ASSIGNMENT SEARCH ROOM ON THE REEL AND FRAME NUMBER REFERENCED BELOW.

PLEASE REVIEW ALL INFORMATION CONTAINED ON THIS NOTICE. THE INFORMATION CONTAINED ON THIS RECORDATION NOTICE REFLECTS THE DATA PRESENT IN THE PATENT AND TRADEMARK ASSIGNMENT SYSTEM. IF YOU SHOULD FIND ANY ERRORS OR HAVE QUESTIONS CONCERNING THIS NOTICE, YOU MAY CONTACT THE EMPLOYEE WHOSE NAME APPEARS ON THIS NOTICE AT 571-272-3350. PLEASE SEND REQUEST FOR CORRECTION TO: U.S. PATENT AND TRADEMARK OFFICE, MAIL STOP: ASSIGNMENT SERVICES BRANCH, P.O. BOX 1450, ALEXANDRIA, VA 22313.

RECORDATION DATE: 10/16/2007

REEL/FRAME: 019965/0240
NUMBER OF PAGES: 2

BRIEF: ASSIGNMENT OF ASSIGNOR'S INTEREST (SEE DOCUMENT FOR DETAILS).
DOCKET NUMBER: 366074-20

ASSIGNOR:
LAVERY, KEVIN

DOC DATE: 10/11/2007

ASSIGNEE:
SOLOHEALTH LLC
6720 RIVER CREST POINT
SUWANEE, GEORGIA 30024

SERIAL NUMBER: 09783449
PATENT NUMBER: 6594607

FILING DATE: 02/14/2001
ISSUE DATE: 07/15/2003

TITLE: MEDICAL SCREENING APPARATUS AND METHOD



MARY BENTON, EXAMINER
ASSIGNMENT SERVICES BRANCH
PUBLIC RECORDS DIVISION

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

10/16/2007
500376381

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Kevin Lavery | 10/11/2007 |

RECEIVING PARTY DATA

| Name: | SoloHealth LLC |
|---|---|
| Street Address: | 6720 River Crest Point |
| City: | Suwanee |
| State/Country: | GEORGIA |
| Postal Code: | 30024 |

PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Patent Number: | 6594607 |

CORRESPONDENCE DATA

Fax Number: (703)773-5200
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 703-773-4002
Email: margaret.filipowicz@dlapiper.com
Correspondent Name: Margaret Filipowicz
Address Line 1: P.O. Box 9271
Address Line 4: Reston, VIRGINIA 20195

| ATTORNEY DOCKET NUMBER: | 366074-20 |
|---|---|
| NAME OF SUBMITTER: | Margaret Filipowicz |

Total Attachments: 1
source=SoloHealthAssignment#page1.tif

OP $40.00 6594607




# UNITED STATES PATENT AND TRADEMARK OFFICE

## Facsimile Transmission

| | | |
|---|---|---|
| To: | Name: | MARGARET FILIPOWICZ |
| | Company: | P.O. BOX 9271 |
| | Fax Number: | 17037735200 |
| | Voice Phone: | |
| From: | Name: | ASSIGNMENT SERVICES BRANCH |
| | Voice Phone: | 571-272-3350 |

37 C.F.R. 1.6 sets forth the types of correspondence that can be communicated to the Patent and Trademark Office via facsimile transmissions. Applicants are advised to use the certificate of facsimile transmission procedures when submitting a reply to a non-final or final Office action by facsimile (37 CFR 1.8(a)).

Fax Notes:

| Pg# | Description |
|---|---|
| 1 | Cover Page |
| 2 | 987.TXT |
| 4 | Document 1, Batch 1063362 |

USPTO ASSIGNMENT SYSTEM PROCESSING

Date and time of transmission: Tuesday, October 16, 2007 12:43:20 PM
Number of pages including this cover sheet: 04

# PATENT ASSIGNMENT

Electronic Version v1.1
Stylesheet Version v1.1

| SUBMISSION TYPE: | NEW ASSIGNMENT |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT |

CONVEYING PARTY DATA

| Name | Execution Date |
|---|---|
| Kevin Lavery | 10/11/2007 |

RECEIVING PARTY DATA

| Name: | SoloHealth LLC |
|---|---|
| Street Address: | 6720 River Crest Point |
| City: | Suwanee |
| State/Country: | GEORGIA |
| Postal Code: | 30024 |

PROPERTY NUMBERS Total: 1

| Property Type | Number |
|---|---|
| Patent Number: | 6594607 |

CORRESPONDENCE DATA

Fax Number: (703)773-5200
*Correspondence will be sent via US Mail when the fax attempt is unsuccessful.*
Phone: 703-773-4002
Email: margaret.filipowicz@dlapiper.com
Correspondent Name: Margaret Filipowicz
Address Line 1: P.O. Box 9271
Address Line 4: Reston, VIRGINIA 20195

| ATTORNEY DOCKET NUMBER: | 366074-20 |
|---|---|
| NAME OF SUBMITTER: | Margaret Filipowicz |
| | |

| | |
|---|---|
| Signature: | /Margaret Filipowicz/ |
| Date: | 10/15/2007 |
| Total Attachments: 1<br>source=SoloHealthAssignment#page1.tif | |
| RECEIPT INFORMATION<br><br>EPAS ID: PAT386486<br>Receipt Date: 10/16/2007<br>Fee Amount: $40 | |

## Assignment of Patent

WHEREAS, I, Kevin Lavery, residing at 1116 W. Ganson, Jackson, MI 49202 did obtain a United States Patent entitled MEDICAL SCREENING APPARATUS AND METHOD (hereinafter referred to as the "Invention"), Patent No. US 6,594,607, issued JULY 15th 2003 (hereinafter referred to as the "Letters Patent"), and

WHEREAS, I am now the sole owner of said Letters Patent, and

WHEREAS, SoloHealth LLC (hereinafter referred to as "ASSIGNEE"), having a place of business at 6720 River Crest Point, Suwanee, GA 30024 is desirous of acquiring the full and exclusive right in and to said Invention and the entire right, title and interest in and to any and all Letters Patent which may be granted therefor in the United States and its territorial possessions and in any and all foreign countries.

NOW, THEREFORE, in consideration of the sum of TEN DOLLARS ($10.00) and other consideration as provided in the Contribution Agreement dated October 11, 2007, the receipt of which is hereby acknowledged, and for other good and valuable consideration, I, by these presents, do sell, assign and transfer unto said ASSIGNEE, the full and exclusive right in and to said Invention in the United States and its territorial possessions and in any and all foreign countries, and the entire right, title and interest in and to any and all Letters Patent (and to any and all divisions, continuations, continuations-in-part, substitutions, renewals, re-examinations, extensions and reissues thereof) which may be granted therefor in the United States and its territorial possessions and in any and all foreign countries.

I hereby authorize and request the Patent Office Officials in the United States and its territorial possessions and in any and all foreign countries to issue any and all of said Letters Patent to said ASSIGNEE as the assignee of my entire right, title and interest in and to the same, for the sole use and behoof of said ASSIGNEE and said ASSIGNEE's successors and assigns, to the full end of the term for which said Letters Patent may be granted, as fully and entirely as the same would have been held by me had this Assignment and sale not been made.

Further, I agree that I will communicate to said ASSIGNEE or said ASSIGNEE's representatives any facts known to me respecting said invention, and testify in any legal proceeding, sign all lawful papers, execute all divisional, continuation, continuation-in-part, substitute, renewal, re-examination, extension, and reissue applications, execute all necessary assignment papers to cause any and all of said Letters Patent to be issued to said ASSIGNEE, make all rightful oaths, and, generally, do everything possible to aid said ASSIGNEE, and said ASSIGNEE's successors and assigns, to obtain and enforce proper protection for said Invention in the United States and its territorial possessions and in any and all foreign countries.

Date: October 11, 2007

Inventor: Kevin Lavery

[illegible]