## **INDEX OF EXHIBITS**

Exhibit 1         Application

Exhibit 2         Patent 6,594,607

Exhibit 3         Contribution Agreement

Exhibit 4         Email from Dr. Lavery's counsel, Tom Spillane, to SoloHealth's counsel, Brian Gordon, dated October 4, 2007 (sent at 9:41 a.m.)

Exhibit 5         Draft of Contribution Agreement (DV_Comparison_#4362547v6_BALT1_-Lavery Contribution Agmt-#4362547v7_BALT1_-Lavery Contribution Agmt.doc)

Exhibit 6         Email from SoloHealth's counsel, Brian Gordon, to Dr. Lavery's counsel, Tom Spillane, sent at 2:41 p.m. on October 6, 2007

Exhibit 7         Assignment of Patent