IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

| | |
|---|---|
| KEVIN T. LAVERY, M.D., | **CERTIFICATE OF SERVICE** |
| Plaintiff, | |
| v. | Case No. 22-CV-10613 |
| PURSUANT HEALTH, INC., | Hon. Bernard A. Friedman |
| Defendant. | |

---

| | |
|---|---|
| Bruce A. Inosencio, Jr., P54705 | Steven Susser, P52940 |
| Kristina M. Fisk, P64634 | Carlson, Gaskey & Olds, P.C. |
| Inosencio & Fisk, PLLC | Attorneys for Defendant |
| Attorneys for Plaintiff | 400 West Maple Road, Ste. 350 |
| 740 West Michigan Avenue | Birmingham, Michigan 48009 |
| Jackson, Michigan 49201 | Telephone: (248) 283-0734 |
| Telephone: (517) 796-1444 | Email: ssusser@cgolaw.com |
| Email: bruce@inosencio.com | |
| kfisk@inosencio.com | Joel D. Bush II |
| | Bennett T. Richardson |
| | *Pro Hac Vice* Application Pending |
| | Kilpatrick, Townsend & Stockton, LLP |
| | Attorneys for Defendant |
| | 1100 Peachtree Street, N.E., Suite 2800 |
| | Atlanta, Georgia 30309 |
| | Telephone: (404) 815-6500 |
| | Email: jbush@kilpatricktownsend.com |
| | btrichardson@kilpatricktownsend.com |

---

I hereby certify that on August 2, 2022, *Plaintiff's Answers to Defendant Pursuant Health, Inc.'s First Requests for Production of Documents to Plaintiff* were provided, via email only, to:

| | |
|---|---|
| Steven Susser, P52940<br>Attorney for Defendant<br>400 West Maple Road, Suite 350<br>Birmingham, Michigan 48009<br>Email: susser@cgolaw.com | Joel D. Bush, II<br>Bennett T. Richardson<br>Attorneys for Defendant<br>110 Peachtree Street, N.E.<br>Suite 2800<br>Atlanta, Georgia 30309<br>Email: jbush@kilpatricktownsend.com<br>btrichardson@kilpatricktownsend.com |

Additionally, the documents produced by Plaintiff in conjunction with the aforementioned *Plaintiff's Answers to Defendant Pursuant Health, Inc.'s First Requests for Production of Documents to Plaintiff* were provided to Defendant's counsel, via a ShareFile link also provided via email, on August 1, 2022.

I electronically filed this *Certificate of Service,* with the Clerk of the Court using the ECF System on August 9, 2022.

DATED: August 9, 2022

Inosencio & Fisk, PLLC
Attorneys for Plaintiff

/s/ Bruce A. Inosencio, Jr.
By: Bruce A. Inosencio, Jr., P54705
Email: bruce@inosencio.com