UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

KEVIN T. LAVERY, M.D.,                   Case No. 22-CV-10613

         Plaintiff,                              Hon. Bernard A. Friedman

v.

PURSUANT HEALTH, INC.,

         Defendant.

_____

| | |
|---|---|
| Bruce A. Inosencio, Jr., P54705 | Steven Susser, P52940 |
| Kristina M. Fisk, P64634 | Carlson, Gaskey & Olds, P.C. |
| Inosencio & Fisk, PLLC | Attorneys for Defendant |
| Attorneys for Plaintiff | 400 West Maple Road, Ste. 350 |
| 740 West Michigan Avenue | Birmingham, Michigan 48009 |
| Jackson, Michigan 49201 | Telephone: (248) 283-0734 |
| Telephone: (517) 796-1444 | Email: ssusser@cgolaw.com |
| Email: bruce@inosencio.com | |
|       kfisk@inosencio.com | Joel D. Bush II, |
| |     E.D. Mich. No. 5707205 |
| | Bennett T. Richardson, |
| |     E.D. Mich. No. 5998335 |
| | Kilpatrick, Townsend & Stockton, LLP |
| | Attorneys for Defendant |
| | 1100 Peachtree Street, N.E., Suite 2800 |
| | Atlanta, Georgia 30309 |
| | Telephone: (404) 815-6500 |
| | Email: jbush@kilpatricktownsend.com |
| |       btrichardson@kilpatricktownsend.com |

_____

**PLAINTIFF'S CERTIFICATE OF COMPLIANCE
REGARDING PLAINTIFF'S BRIEF IN OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

1. This *Certificate of Compliance* concerns *Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment* and Plaintiff's compliance with E.D. Mich. LCivR 7.2(b) and E.D. Mich. LCivR 10.1.

2. Pursuant to E.D. Mich. LCivR 7.2(b)(ii), Plaintiff certifies that the total number of words in the document (as defined by E.D. Mich. LCivR 7.2(b)(i)) are 5,248 words of the 10,800 words allowed. The undersigned generated the word count using Pages, version 11.1, provided by Apple.

3. Pursuant to E.D. Mich. LCivR 10.1, *Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment* is double spaced in 8-1/2 x 11 inch format, the typeface is no smaller than twelve (12) point type in Pages, version 11.1, and all margins are at least one (1) inch.

4. Pursuant to E.D. Mich. LCivR 7.2(b)(i), *Plaintiff's Brief in Opposition to Defendant's Motion for Summary Judgment* does not exceed twenty-five (25) pages in length (including headings, footnotes, citations and quotations, but not including the case caption, cover sheets, any table of contents, any table of authorities, the signature block, attachments, exhibits, affidavits and other addenda).

DATED: April 14, 2023          Respectfully submitted,

Inosencio & Fisk, PLLC

/s/ Bruce A. Inosencio, Jr.  
Bruce A. Inosencio, Jr., P54705

**CERTIFICATE OF SERVICE**

I hereby certify that on this 14th day of April, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM / ECF system which will automatically send e-mail notification of such filing to all counsel of record.

DATED:  April 14, 2023					Inosencio & Fisk, PLLC

							/s/ Bruce A. Inosencio, Jr.
							Bruce A. Inosencio, Jr., P54705
							740 West Michigan Avenue
							Jackson, Michigan 49201
							Telephone:  (517) 796-1444
							Email:  bruce@inosencio.com

							Attorneys for Kevin T. Lavery, M.D.