IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN T. LAVERY, M.D.,

        Plaintiff,

v.

PURSUANT HEALTH, INC.,

        Defendant.

Case No. 22-CV-10613

Hon. Bernard A. Friedman

Bruce A. Inosencio, Jr., P54705
Kristina M. Fisk, P64634
Inosencio & Fisk, PLLC
Attorneys for Plaintiff
740 West Michigan Avenue
Jackson, Michigan 49201
Telephone: (517) 796-1444
Email: bruce@inosencio.com
       kfisk@inosencio.com

Steven Susser, P52940
Carlson, Gaskey & Olds, P.C.
Attorneys for Defendant
400 West Maple Road, Ste. 350
Birmingham, Michigan 48009
Telephone: (248) 283-0734
Email: ssusser@cgolaw.com

Joel D. Bush II
Bennett T. Richardson
*Pro Hac Vice* Application Pending
Kilpatrick, Townsend & Stockton, LLP
Attorneys for Defendant
1100 Peachtree Street, N.E., Suite 2800
Atlanta, Georgia 30309
Telephone: (404) 815-6500
Email: jbush@kilpatricktownsend.com
       btrichardson@kilpatricktownsend.com

## INDEX OF EXHIBITS

Exhibit A    Dr. Lavery's patent ("the Patent")

Exhibit B    Letter of Intent

Exhibit C    Version 7 of the Contribution Agreement (#4362547v7_BALTl_-Lavery Contribution Agmt.DOC) and a document comparison worksheet