# Index to Exhibits to Pursuant Health, Inc.'s Reply in Support of Motion for Summary Judgment

1. Excerpts from the Deposition of Kevin Lavery
2. Deposition of Bart Foster