# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

KEVIN T. LAVERY, M.D.,

     Plaintiff,

                                        Civil Action No. 22-10613

v.                                HON. JONATHAN J.C. GREY

PURSUANT HEALTH, INC.,

     Defendant.

_____/

## **JUDGMENT**

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that Lavery's cause of action is **DISMISSED WITH PREJUDICE**.

**SO ORDERED**.

                                **s/ Jonathan J.C. Grey**
                                JONATHAN J.C. GREY

Dated: March 25, 2024          UNITED STATES DISTRICT JUDGE

<u>Certificate of Service</u>

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on March 25, 2024.

<u>s/ S. Osorio</u>
Sandra Osorio
Case Manager